946

No. 81–1645.   ILLINOIS BELL TELEPHONE CO. *v.* GETTO. Sup. Ct. Ill.   Certiorari denied.

No. 81–1646.   KITCH *v.* DELANO ET AL.   C. A. 10th Cir. Certiorari denied.

No. 81–1650.   CITY OF CINCINNATI *v.* JONES ET AL.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 81–1656.   BOWERS *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO.   C. A. 8th Cir.   Certiorari denied.

No. 81–1676.   JERGUSON *v.* BLUE DOT INVESTMENT, INC. C. A. 11th Cir.   Certiorari denied.

No. 81–1737.   MINIS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–1764.   VEATCH *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–1768.   BOSS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 81–1773.   CALHOUN ET AL. *v.* UNITED STATES. C. A. 4th Cir.   Certiorari denied.

No. 81–1783.   HEBEL ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–1789.   GILBERT *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–1796.   COWARD *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6045.   SHAFFNER *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.